Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

Attorneys for Defendants Efren Luna and Rocio Margarita Luna Cardenas

**FILED & ENTERED**

**OCT 31 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EFREN LUNA and<br>ROCIO MARGARITA LUNA CARDENAS,<br><br>                  Debtors. | Case No. 6:24-bk-11500-WJ<br><br>CHAPTER 7<br><br>Adv. Case No. 6:24-ap-01047-WJ |
| JOE BARRERA and<br>AMIE BARRERA,<br><br>                  Plaintiffs.<br><br>              v.<br><br>SUNNYSLOPE, INC., dba SAFARI<br>LANDSCAPING & POOLS<br>EFREN LUNA;<br>ROCIO MARGARITA LUNA CARDENAS<br>and DOES 1 THROUGH 20, INCLUSIVE,<br><br>                  Defendants. | **ORDER GRANTING MOTION TO**<br>**DISMISS ADVERSARY COMPLAINT**<br><br>Hearing:<br>Date:   October 31, 2024<br>Time:  9:00 a.m.<br>Crtrm.: 304 |

1

On October 31, 2024 at 9:00 a.m., the Court held a hearing regarding the motion to dismiss the adversary complaint [docket #6] filed by defendants Efren Luna and Rocio Margarita Luna Cardenas. Baruch C. Cohen appeared on behalf of the defendants. Robert J. Lynch appeared on behalf of the plaintiffs, Joe and Amie Barrera.

The Court having considered the motion, the opposition, the reply, and the comments of counsel, the Court's oral rulings at the hearing, and good cause appearing, the Court hereby ORDERS as follows:

1. The motion is granted with leave to amend.

2. Plaintiffs shall file and serve an amended complaint no later than December 27, 2024. The ordinary deadline for responding to the amended complaint, as set forth by the Federal Rules of Bankruptcy Procedure and Civil Procedure, shall apply to the amended complaint.

3. The status conference is hereby continued to January 23, 2025 at 1:30 p.m.

4. Defendants shall give notice of the continuance.

IT IS SO ORDERED.

###

Date: October 31, 2024

Wayne Johnson
United States Bankruptcy Judge