United States Bankruptcy Court

Central District of California

Barrera,
    Plaintiff

Sunnyslope Inc,
    Defendant

Adv. Proc. No. 24-01047-WJ

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Oct 31, 2024      Form ID: pdf031      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Amie Barrera, 26400 Plumcot Drive, Corona, CA 92883-3019 |
| dft | + | Efren Luna, 17921 Donert St., Hesperia, CA 92345-4927 |
| pla | + | Joe Barrera, 26400 Plumcot Drive, Corona, CA 92883-3019 |
| dft | + | Rocio Margarita Luna Cardenas, 17921 Donert St., Hesperia, CA 92345-4927 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Sunnyslope Inc |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

**Name**      **Email Address**

Baruch C Cohen
     on behalf of Defendant Rocio Margarita Luna Cardenas bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
     on behalf of Defendant Efren Luna bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Robert Whitmore (TR)
     rswtrustee@yahoo.com rwhitmore@ecf.axosfs.com

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Oct 31, 2024 | Form ID: pdf031 | Total Noticed: 4

Robert J Lynch
          on behalf of Plaintiff Amie Barrera rlynch@mcm-law.net

Robert J Lynch
          on behalf of Plaintiff Joe Barrera rlynch@mcm-law.net

United States Trustee (RS)
          ustpregion16.rs.ecf@usdoj.gov

TOTAL: 6

Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

Attorneys for Defendants Efren Luna and Rocio Margarita Luna Cardenas

**FILED & ENTERED**

**OCT 31 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EFREN LUNA and<br>ROCIO MARGARITA LUNA CARDENAS,<br><br>                    Debtors. | Case No. 6:24-bk-11500-WJ<br><br>CHAPTER 7<br><br>Adv. Case No. 6:24-ap-01047-WJ |
| JOE BARRERA and<br>AMIE BARRERA,<br><br>                    Plaintiffs.<br><br>        v.<br><br>SUNNYSLOPE, INC., dba SAFARI LANDSCAPING & POOLS<br>EFREN LUNA;<br>ROCIO MARGARITA LUNA CARDENAS and DOES 1 THROUGH 20, INCLUSIVE,<br><br>                    Defendants. | **ORDER GRANTING MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br>Hearing:<br>Date:   October 31, 2024<br>Time:  9:00 a.m.<br>Crtrm.: 304 |

1

On October 31, 2024 at 9:00 a.m., the Court held a hearing regarding the motion to dismiss the adversary complaint [docket #6] filed by defendants Efren Luna and Rocio Margarita Luna Cardenas. Baruch C. Cohen appeared on behalf of the defendants. Robert J. Lynch appeared on behalf of the plaintiffs, Joe and Amie Barrera.

The Court having considered the motion, the opposition, the reply, and the comments of counsel, the Court's oral rulings at the hearing, and good cause appearing, the Court hereby ORDERS as follows:

1. The motion is granted with leave to amend.

2. Plaintiffs shall file and serve an amended complaint no later than December 27, 2024. The ordinary deadline for responding to the amended complaint, as set forth by the Federal Rules of Bankruptcy Procedure and Civil Procedure, shall apply to the amended complaint.

3. The status conference is hereby continued to January 23, 2025 at 1:30 p.m.

4. Defendants shall give notice of the continuance.

IT IS SO ORDERED.

###

Date: October 31, 2024

Wayne Johnson
United States Bankruptcy Judge

2