United States Bankruptcy Court

Central District of California

Barrera,
    Plaintiff

Sunnyslope Inc,
    Defendant

Adv. Proc. No. 24-01047-WJ

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 27, 2024 | Form ID: pdf031 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Amie Barrera, 26400 Plumcot Drive, Corona, CA 92883-3019 |
| dft | + | Efren Luna, 17921 Donert St., Hesperia, CA 92345-4927 |
| pla | + | Joe Barrera, 26400 Plumcot Drive, Corona, CA 92883-3019 |
| dft | + | Rocio Margarita Luna Cardenas, 17921 Donert St., Hesperia, CA 92345-4927 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Sunnyslope Inc |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 29, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Baruch C Cohen | on behalf of Defendant Rocio Margarita Luna Cardenas bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Defendant Efren Luna bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Robert Whitmore (TR) | rswtrustee@yahoo.com rwhitmore@ecf.axosfs.com |

| | | | |
|---|---|---|---|
| District/off: 0973-6 | User: admin | | Page 2 of 2 |
| Date Rcvd: Dec 27, 2024 | Form ID: pdf031 | | Total Noticed: 4 |

Robert J Lynch
          on behalf of Plaintiff Amie Barrera rlynch@mcm-law.net

Robert J Lynch
          on behalf of Plaintiff Joe Barrera rlynch@mcm-law.net

United States Trustee (RS)
          ustpregion16.rs.ecf@usdoj.gov

TOTAL: 6

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MISHNA ARLETTE MITCHELL<br>REGINALD JAMES MITCHELL JR.<br>2253 APPLE COURT<br>UPLAND, CA 91786<br>(909)213-8337<br>REGINALD.MITCHELL@YAHOO.COM<br>MISHNAWONG@YAHOO.COM | FILED<br>DEC 27 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| [X] Individual appearing without attorney<br>[ ] Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>MISHNA ARLETTE MITCHELL<br>REGINALD JAMES MITCHELL JR.<br><br>v.<br><br>FREEDOM MORTGAGE, HONDA FINANCIAL SERVICES, VEREIZON ET. AL.<br><br>Debtor(s). | CASE NO.: 6:24-bk-13560-WJ<br>CHAPTER: 7<br><br>**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this court for an Order converting the above chapter _7_ case to a case under chapter _13_ on the grounds set forth below:

2. **Filing Information:**

   a. [X] A Voluntary Petition under chapter    [X] 7  [ ] 11  [ ] 12  [ ] 13    was filed on: _06/24/2024_

   b. [ ] An Involuntary Petition under chapter    [ ] 7  [ ] 11    was filed on: _____
      [ ] An Order of Relief under chapter    [ ] 7  [ ] 11    was entered on: _____

   c. [ ] An Order of Conversion to chapter    [ ] 7  [ ] 11  [ ] 12  [ ] 13    was entered on: _____

   d. [ ] Other (specify): _____
      _____
      _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 1                    F 1017-1.1.MOTION.DEBTOR.CONVERT

3. **Procedural Status**

    a. Name of trustee appointed *(if any)*: MR. LARRY D SIMONS, (951) 686-6300

    b. Name of attorney of record for trustee *(if any)*: _____

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 7 to a case under chapter 13.

Date: 12/27/2027                                    Respectfully submitted,

                                                    _____
                                                    Printed name of law firm

                                                    [signature]
                                                    Signature

                                                    REGINALD MITCHELL JR., MISHNA MITCHELL
                                                    Printed name of Debtor/trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 1017-1.1.MOTION.DEBTOR.CONVERT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12001 CHALON ROAD, LOS ANGELES, CA 90049

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/27/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ALL KNOWN PERSONS AND ADDRESSES IN THIS BANKRUPTCY CASE AS PER INITIAL MAIL NOTICE LIST FOR INITIAL FILING.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/27/2024 | NATALIA MITCHELL | /s/ Natalia Mitchell |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 1017-1.1.MOTION.DEBTOR.CONVERT

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | mishna | arlette | mitchell |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | reginald | james | mitchell Jr. |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number (If known): 6:24-BK-13560-WJ

# Mailing List

List contains the name and address of each entity included on Schedules D, E/F, G, H and Creditor Information.

| | | |
|---|---|---|
| freedom mortgage<br>6860 North Argonne St<br>Unit A<br>Denver | CO | 80249-8737 |
| honda financial services, DBA: AHFC<br>P.O.Box 60001<br><br>City of Industry | CA | 91716-0001 |
| honda financial services<br>P.O.Box 60001<br>Unit A<br>City of Industry | CA | 91716-0001 |
| Verizon<br>180WVB<br><br>Basking Ridge | NJ | 07920 |
| California Franchise Tax Board<br>PO BOX 419001<br><br>Rancho Cordova | CA | 95741-9001 |
| California Franchise Tax Board<br>PO BOX 942840<br><br>sacramento | CA | 94240-0040 |
| City of Upland<br>460 N Euclid Ave<br><br>Upland | CA | 91786-4732 |
| California Edison<br>505 van ness ave<br>Room 2003<br>San Francisco | CA | 94102 |

| Debtor 1 | mishna | arlette | mitchell | Case number (if known) 6;24-Bk |
| | First Name | Middle Name | Last Name | 13560-WJ |

| | | | |
|---|---|---|---|
| freedom mortgage<br>6860 north argonne street<br>unit A<br>denver | | CO | 80249 |
| american commerce Bank<br>400 US HWY 27 BYPASS<br><br>BREMEN | | GA | 30110 |
| Apple Card<br>LOCKBOX: 6112 PO BOX: 7247<br><br>Philadelphia | | PA | 19170 |
| Upstart Network Inc<br>2 Circle Star Way<br>2nd Floor<br>San Carlos | | CA | 94070 |
| Capital Management Services<br>698 1/2 South Ogden Street<br><br>Buffalo | | NY | 14206-2317 |
| Cavalry SPV I, LLC<br>1 American Lane<br>STE 220<br>Greenwich | | CT | 06831 |
| FBCS: c/o Elan Financial<br>330 S.Warminster Road<br>Suite 353<br>Hatboro | | PA | 19040 |
| Radius Global Solutions LLC<br>7831 Glenroy Road<br>Suite 250 A<br>Minneapolis | | MN | 55439 |
| Mishna Mitchell<br>2253 Apple Court<br><br>Ontario | | CA | 91761 |
| mishna mitchell<br>2253 Apple<br><br>Ontario | | CA | 91761 |

| Debtor 1 | mishna | arlette | mitchell | Case number (if known) 6:24-BK-13560-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | |
|---|---|---|---|
| mishna mitchell<br>2253 Apple Court<br><br>Upland | | CA | 91786 |
| reginald james mitchell<br>2253 apple court<br><br>upland | | CA | 91786 |
| josephine macharia-lowe<br>5531 san carlos court<br><br>rancho cucamonga | | CA | 91739 |
| Goldman Sachs Apple Card<br>lockbox 6112<br>po box 7247<br>philadelphia | | PA | 19170-6112 |
| Elanco Fnl SVC<br>CB Disputes PO BOX 108<br><br>Saint Louis | | MO | 63166 |
| Capital One<br>P.O.Box 31293<br><br>Salt Lake City | | UT | 84131 |
| Capital One<br>P.O.Box 31293<br><br>Salt Lake City | | UT | 84131 |
| Upstart Network inc.<br>2 Circle Star Way<br>2nd Floor<br>San Carlos | | CA | 94070 |
| Freedom Mortgage<br>951 Yamato Rd<br>Suite 175<br>Boca Raton | | FL | 33431 |
| EGS Credit<br>3850 N. Causeway Bl<br>3RD Floor<br>Metairie | | LA | 70002 |

| Debtor 1 | mishna | arlette | mitchell | Case number (if known) 6:24-BK- |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | 13560-WJ |

| | | | |
|---|---|---|---|
| Absolute Resolutions Inv. | | | |
| 8000 Norman Center Dr. | | | |
| Suite 350 | | | |
| Bloomington | | MN | 55437 |
| Happy Money Inc. | | | |
| 21515 Hawthorne Blvd | | | |
| Suite 200 | | | |
| Torrance | | CA | 90503 |
| Discover Personal Loans | | | |
| P.O.Box 30954 | | | |
| | | | |
| Salt Lake City | | UT | 84130 |